cc: USBK

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| In re MALCOLM AND JUDITH CURTIS, *et al.*,<br><br>    Appellant,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Appellee. | No. 5:22-cv-1966-SSS<br><br>Judgment |

For the reasons set forth in the Court's Order Addressing Plaintiffs' Appeals and Affirming the Final Judgment Below (ECF 45), the judgment of the Bankruptcy Court is AFFIRMED.

DATED: May 13, 2024

_____
SUNSHINE S. SYKES
U.S. DISTRICT JUDGE

1